JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAYAN CHITAMNATH, | Case No. 5:26-cv-03286-SB-ADS |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| D. MARIN et al., | |
| Defendants. | |

For the reasons stated in the separate order entered on June 25 granting the unopposed request for release, the petition is granted.

This is a final judgment.

Date: July 6, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge